ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JUL 23 AM 11:14

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| STEVE HOLMES (1) | 4-15CR-179-Y |

MISDEMEANOR INFORMATION

The United States Attorney Charges:

Count One
False Statement to HUD
(18 U.S.C. §1012)

On or about April 4, 2013, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Steve Holmes** did, with intent to defraud, make a material false report and statement to the Department of Housing and Urban Development ("HUD"), to wit: **Holmes** drafted, executed, and sent an affidavit to HUD in response to a HUD inquiry that falsely represented that L.B. had no relationship with an entity associated with L.B.'s lending business, when in fact, as **Holmes** knew, L.B. had an ownership interest in that entity.

All done in violation of 18 U.S.C. §1012.


JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

/s/
JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.252.5455